ETTA M. GARDNER, Respondent, *v.* NORTHWESTERN
MUTUAL LIFE INSURANCE COMPANY, Appellant.

(Argued October 8, 1936; decided October 23, 1936.)

*Hamilton J. Hewitt* for appellant.

*Arthur F. Curtis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
CROUCH, LOUGHRAN and FINCH, JJ.